# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BANCO DO BRASIL, S.A., | : |
| Plaintiff, | : |
| v. | :    Civil Action No. 1:09-cv-11343-NMG |
| 275 WASHINGTON STREET CORP., as it is the Trustee of the WASHINGTON STREET REALTY TRUST II, | : |
| Defendant. | : |

## MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF MOTION FOR CONTINUANCE OF TRIAL DATE AND ADJOURNMENT OF OTHER PRETRIAL DEADLINES

Pursuant to Rule 7.1(b)(3) of the Local Rules of this Court, Plaintiff Banco do Brasil, S.A. ("Banco do Brasil" or the "Bank"), by and through its undersigned attorneys, respectfully requests that the Court grant the Bank leave to file a brief in reply to the Defendant 275 Washington Street Corp., as it is Trustee of Washington Street Realty Trust II's (the "Landlord's") "Limited Opposition" to Plaintiff's motion for continuance of trial date and adjournment of other pretrial deadlines.

IN SUPPORT OF THIS MOTION, Banco do Brasil states as follows:

1. Banco do Brasil filed its motion for continuance of trial date and adjournment of other pretrial deadlines on July 17, 2012 due to an injury suffered by the Bank's lead trial counsel, Charles G. Berry.

2. Later that day, the Landlord filed its "Limited Opposition" to Plaintiff's motion for continuance of trial date and adjournment of other pretrial deadlines.

3. In its opposition, the Landlord raised issues not addressed in the Bank's motion,

including a request that the Court adjourn the date for filing motions *in limine* and enter an order that no further expert witnesses shall be named by the parties.

4.      A reply to the Landlord's opposition is necessary for these new issues to be addressed and resolved fully and fairly, and the Bank believes a reply will assist the Court in resolving the issues.

5.      The Bank also inadvertently neglected to request an extension of the deadline for objections to the Report and Recommendation of Magistrate Judge Dein dated July 10, 2012.

6.      Attached hereto as Exhibit A is the Bank's proposed reply in further support of its motion for continuance of trial date and adjournment of other pretrial deadlines.

7.      No party will be prejudiced by the Court's allowance of this motion.

## Local Rule 7.1(a)(2) Certification

Pursuant to Local Rules 7.1(a)(2), undersigned counsel states that he conferred with Defendant's counsel and attempted in good faith to resolve or narrow the issues presented in this motion in email correspondence on July 17.  However, counsel for the Landlord refused to assent to this motion.

/s/ Charles G. Berry
Charles G. Berry

WHEREFORE, Banco do Brasil respectfully requests that the Court grant Banco do Brasil leave to file a reply to the Landlord's limited opposition to Plaintiff's motion for continuance of trial date and adjournment of other pretrial deadlines.

Dated:  July 17, 2012

Respectfully submitted,

BANCO DO BRASIL, S.A.,

By its attorneys,

/s/ Eric F. Eisenberg
Eric F. Eisenberg, BBO #544682
eeisenberg@haslaw.com
HINCKLEY, ALLEN & SNYDER, LLP
28 State Street
Boston, Massachusetts 02109
(617) 345-9000

- and -

/s/ Charles G. Berry
Charles G. Berry (*Admitted Pro Hac Vice*)
James D. Flynn (*Admitted Pro Hac Vice*)
Daniel Bernstein (*Admitted Pro Hac Vice*)
charles.berry@aporter.com
james.flynn@aporter.com
daniel.bernstein@aporter.com
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that the above document was filed through the ECF system for electronic service to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants (if any) on July 17, 2012.

/s/ James D. Flynn
James D. Flynn