## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **BANCO DO BRASIL, S.A.,** | |
| **Plaintiff,** | **Civil Action No. 1:09-cv-11343-NMG** |
| **v.** | |
| **275 WASHINGTON STREET CORP.,** <br> **as it is Trustee of WASHINGTON** <br> **STREET REALTY TRUST II,** | |
| **Defendant.** | |

### AFFIDAVIT OF CHARLES G. BERRY IN SUPPORT OF
### BANCO DO BRASIL, S.A.'S CONSOLIDATED MOTIONS *IN LIMINE* REGARDING
### THE ADMISSIBILITY OF CERTAIN EVIDENCE AT TRIAL

I, CHARLES G. BERRY, upon my oath, depose and state as follows:

1.      I am a member of the firm of Arnold & Porter, LLP and attorney *pro hac vice* for Plaintiff, Banco do Brasil, S.A. (the "Bank").

2.      I submit this affidavit to annex for the Court's convenience documents referred to in the Bank's consolidated motions *in limine* regarding the admissibility of certain evidence at trial.

3.      Attached as Exhibit A is a true and correct copy of a listing obtained from the website of the Federal Deposit Insurance Corporation ("FDIC") of "Decisions on Bank Applications" during the period from June 1997 through April 2011.

4.      Attached as Exhibit B is a true and correct copy of the decision of the FDIC dated May 21, 2008, granting an application for federal deposit insurance in connection with NewBank, FSB's acquisition of Bank United, FSB.

5.      Attached as Exhibit C is a true and correct copy of the decision of the FDIC dated March 5, 2009, granting an application for federal deposit insurance in connection with OneWest Bank, FSB's acquisition of IndyMac Federal Bank, F.S.B.

6.      Attached as Exhibit D is a true and correct copy of a listing obtained from the website of the FDIC showing all banks that were established between August 29, 2008 and August 29, 2009.

7.      Attached as Exhibit E is a true and correct copy of a listing obtained from the website of the FDIC showing the hundreds of bank failures from October 2000 to date.

8.      Attached as Exhibits F to W are true and correct copies of the following news articles, press releases and other sources reporting on various well-known aspects of the financial crisis that struck the United States in the late summer and fall of 2008, which are excerpted and summarized below:

Exhibit F:  Jon Hilsenrath, Serena Ng & Damian Paletta, *Worst Crisis Since '30s, With No End Yet in Sight*, Wall St. J. (Sept. 18, 2008) (discussing severity of financial crisis).

Exhibit G:  David Cho & Neil Irwin, *Credit Crisis Triggers Unprecedented U.S. Response*, Wash. Post (Aug. 9, 2008) ("[n]ot since the Great Depression have so many debt markets been in turmoil at the same time"; "[t]he breadth and speed of events have sent federal officials scrambling to plug leaks in the financial system").

Exhibit H:  *Tracking the Nation's Bank Failures*, Wall St. J. (June 17, 2011) (listing each of 386 U.S. bank failures between January 2008 and August 2011, 109 of which occurred between January 2008 and August 2009).

Exhibit I:  Press Release, FDIC, *FDIC Establishes IndyMac Federal Bank, FSB as Successor to IndyMac Bank, F.S.B., Pasadena, California* (July 11, 2008) (on July 11, 2008, IndyMac Bank failed and the FDIC took over its operation).

Exhibit J:  Damian Paletta & David Enrich, *Crisis Deepens as Big Bank Fails -- IndyMac Seized in Largest Bust in Two Decades*, Wall St. J. (July 14, 2008) (IndyMac -- which had over $32 billion in assets before its collapse -- was the third largest bank failure in U.S. history, and cost the FDIC's deposit insurance fund $8.9 billion).

Exhibit K:  Andrew Sorkin, *In Sweeping Move, Fed Backs Buyout and Wall St. Loans*, N.Y. Times (March 17, 2008) (discussing purchase by JPMorgan Chase, at the behest of the Fed and the Treasury, of the ailing investment house Bear Stearns).

Exhibit L:  William Poole, *Too Big to Fail, or to Survive*, N.Y. Times (July 27, 2008) (on September 7, 2008, the Federal Housing Finance Agency seized government sponsored enterprises Fannie Mae and Freddie Mac).

Exhibit M:  Matthew Karnitschnig, Carrick Mollenkamp & Dan Fitzpatrick, *Bank of America to Buy Merrill*, Wall. St. J. (Sept. 15, 2008) (on September 15, 2008 -- just few days before a meeting between the Bank and its regulatory counsel, and the OTS and FDIC (*see* Report and Recommendation on Banco do Brasil's Renewed Motion for Summary Judgment dated July 10, 2012 at 8 & n.5. (Dkt. No. 130) -- a struggling Merrill Lynch & Co. agreed to sell itself to Bank of America Corp., and Lehman Brothers Holdings filed for Chapter 11 bankruptcy protection).

Exhibit N:  Aaron Lucchetti and Robin Sidel, *Dow Industrials Take a 504.48-Point Dive -- Goldman, Morgan Now Stand Alone; Fight On or Fold?*, Wall St. J. (Sept. 16, 2008) (same).

Exhibit O:  Press Release, Federal Reserve Board (Sept. 16, 2008) (on September 16, 2008, the Fed authorized the Federal Reserve Bank of New York to lend up to $85 billion to besieged insurer American Insurance Group).

Exhibit P:  Press Release, Office of Thrift Supervision, *Washington Mutual Acquired by JPMorgan Chase* (Sept. 25, 2008) (on September 25, 2008 -- just two days after the FDIC met with and strongly encouraged Banco do Brasil to withdraw its pending FSB application -- Washington Mutual became the largest bank in American history, at over $300 billion, to collapse; like IndyMac, Fannie Mae and Freddie Mac, the OTS placed the company in the receivership of the FDIC, which sold its banking operations to JPMorgan Chase).

Exhibit Q:  Jessica Holzer, *Crisis on Wall Street: FDIC Votes To Increase Bank Fees, Boost Staff*, Wall St. J. (Dec. 17, 2008) ("The FDIC also authorized a staffing level of 6,269 people in 2009, roughly 1,500 more than it authorized for 2008 . . . .  The agency already has bulked up its staff to 5,721 this year in response to a rash of bank failures.").

Exhibit R:  Press Release, Treasury Dep't, *Joint Statement by Treasury, Federal Reserve, and the FDIC on Citigroup* (Nov. 23, 2008) (Treasury, Fed and FDIC were forced to shore up Citigroup on November 23, 2008).

Exhibit S:  Press Release, Treasury Dep't, *Treasury, Federal Reserve and the FDIC Provide Assistance to Bank of America* (Jan. 16, 2009) (Treasury, Fed and FDIC were forced to shore up Bank of America on January 16, 2009, after its rushed purchase of Merrill Lynch & Co.).

Exhibit T:  Richard Burnett, *Recession, Balky Regulators Stall Local Startups*, Orlando Sentinel (Mar. 2, 2009) (while regulators stopped short of issuing an explicit moratorium on new bank charters -- likely because doing so risked further panic in the marketplace -- efforts to obtain these charters "slowed to a crawl as federal regulators [were] loath to clear the way for new banks amid the . . . banking crisis"; "[t]he fact is the FDIC is reluctant to approve deposit insurance for [startup] banks . . . .").

Exhibit U:  Andrew Martin, *In Hard Times, One New Bank (Double-Wide)*, N.Y. Times (Aug. 29, 2010) (Without denying charters outright, the FDIC "'place[d] the applications in 'purgatory' until the applicants [gave] up.'").

Exhibit V:  Joe Bel Bruno, *Failed Banks Weighing on FDIC*, Wall St. J. (Aug. 17, 2009) ("At three of the five banks that failed Friday, increasing the total to 77 so far this year, the financial hit to the [FDIC's] deposit-insurance fund is expected by the [FDIC] to be about 50% of their assets.").

Exhibit W:  Barbara Kiviat, *Where Banks Still Work*, Time Magazine, March 23, 2009, at 36 (By the end of 2008, 252 financial institutions were on the FDIC's "problem list," up from 171 three months earlier; "[t]he system is imploding . . . .  Regulators are in batten-down-the-hatches mode.  Opening up new banks is the last thing on their mind.").

SIGNED UNDER THE PENALTIES OF PERJURY THIS 18th DAY OF July 2012.

/s/ Charles G. Berry
CHARLES G. BERRY

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that the above document was filed through the ECF system for electronic service to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants (if any) on July 18, 2012.


/s/ James D. Flynn
James D. Flynn