# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BANCO DO BRASIL, S.A., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>275 WASHINGTON STREET CORP., )<br>as it is the Trustee of the WASHINGTON )<br>STREET REALTY TRUST II, )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO. 09-11343-NMG |

## ORDER ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND ON DEFENDANT'S CROSS-MOTION TO COMPEL

This matter is before the court on the plaintiff's "Motion for Protective Order to Quash Untimely Third-Party Subpoena" (Docket No. 103) and on the defendant's "Cross-Motion to Compel the Plaintiff to Produce Documents" (Docket No. 108). After consideration of the parties' submissions and their oral arguments, the plaintiff's motion for a protective order is DENIED and the defendant's cross-motion to compel is ALLOWED IN PART AND DENIED IN PART as follows:

1. The plaintiff shall produce a copy of the McKinsey report to the defendant by **June 8, 2012**. The report may be redacted if the plaintiff determines that it contains information relating to events which occurred after August 29, 2009.

2. By **June 8, 2012**, McKinsey shall either file a motion for a protective order or comply with the subpoena served on it by the defendant.

DATED: June 4, 2012

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge