# EXHIBIT C

**Bill Benson**

---

**From:** Wright, William A. [william.wright@dbr.com]
**Sent:** Thursday, June 14, 2012 5:02 PM
**To:** Paul E. White; Bill Benson; Berry, Charles G.
**Cc:** Joseph, Andrew B; Wright, William A.
**Subject:** Banco do Brasil Litigation - McKinsey Subpoena Response

Counsel,

This e-mail memorializes the agreement reached between the landlord and McKinsey with respect to the May 7, 2012 Subpoena (as limited by Paul White's 6/8/12 e-mail) and a one-week adjournment (until June 22) of McKinsey's June 15 response deadline (which is set forth in Docket Entry No. 118).

The landlord agrees that McKinsey will limit its search for responsive, non-privileged documents to three categories: (1) McKinsey's working papers file for the 2009 study; (2) documents the Bank provided McKinsey at the time of the 2009 engagement; and (3) an abbreviated ESI search (limited to active e-mail inboxes only) for the consultants staffed on the project still employed by McKinsey for e-mails exchanged with the Bank relating to the 2009 study.

As discussed with the landlord's counsel, McKinsey's search is ongoing. The landlord agrees that to the extent McKinsey locates responsive, non-privileged documents (subject to these three categories), McKinsey will produce those documents to the Bank for a relevance review. However, the landlord does not agree (and accordingly reserves its rights) that the Bank is entitled to withhold or redact documents provided by McKinsey. We understand that the Bank likewise reserves its rights with respect to the relevance and redaction issues. Once McKinsey makes its production to the Bank, McKinsey's obligations under the Subpoena shall be complete, and the landlord and the Bank will resolve the relevance and redaction dispute among themselves.

At the time of production to the Bank, McKinsey will provide the landlord with a list of the documents produced. If, however, McKinsey locates a significant volume of responsive, non-privileged documents (not currently anticipated), such that listing them would unduly burden McKinsey, the landlord and McKinsey agree to revisit that issue.

Based on the foregoing, the parties agree to adjourn McKinsey's June 15 response deadline for one-week (until June 22). We'll prepare a brief "assented-to motion" that we'll ask the Bank to file. While McKinsey will move forward expeditiously, we reserve all appropriate rights including, but not limited to, seeking further relief from the June 22 deadline as may be required.

Please let us know whether you have any questions or concerns.

Thanks,
- Bill

**William A. Wright**
**Attorney at Law**
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7073 Direct
(973) 360-9831 Fax
William.Wright@dbr.com
http://www.drinkerbiddle.com


********************************
Disclaimer Required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.

8/1/2012

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
**********************************

8/1/2012