# EXHIBIT E

# ARNOLD & PORTER LLP

Daniel Bernstein
Daniel.Bernstein@aporter.com

+1 212.715.1023
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

July 3, 2012

**VIA EMAIL & FEDERAL EXPRESS**

William Benson, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, Massachusetts 02114

   Re: <u>Banco do Brasil, S.A. v. 275 Washington Street Corp. etc.</u>, United States District Court for the District of Massachusetts, Civil Action No. 1:09-cv-11343-NMG -- Production of McKinsey Documents

Dear Bill:

  Pursuant to our agreement with you and counsel for McKinsey & Company, Inc. ("McKinsey") at Drinker Biddle & Reath LLP, I enclose documents produced by McKinsey pursuant to the subpoena you served on it. The enclosed documents have been selected and in some cases redacted from those McKinsey's counsel furnished for our review on June 27. These documents bear the production numbers assigned by McKinsey and have been designated by its counsel as "Highly Confidential Material" pursuant to the terms of the parties' Stipulated Protective Order.

            Very truly yours,

            Daniel Bernstein

Enclosures

cc by email (w/ encls.):
  Andrew Joseph, Esq.
  William Wright, Esq.
  Eric Eisenberg, Esq.
  Charles G. Berry, Esq.
  James D. Flynn, Esq.