# EXHIBITS 1 to 13

# Affidavit of William F. Benson

# (filed under seal)